Fabrice N. Vincent (State Bar No. 160780)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
fvincent@lchb.com

[Additional attorneys listed on signature page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MARK STAFFORD and MARY STAFFORD,<br><br>Plaintiffs,<br><br>v.<br><br>ALKERMES, Inc.; ALKERMES, PLC; ALKERMES PHARMA IRELAND Ltd.; ALKERMES CONTROLLED THERAPEUTICS, INC.; THE CAMDEN CENTER, INC.; AND DOES 1 THROUGH 100<br><br>Defendants. | Case No. 2:20-cv-02472-ODW-GJS<br><br>**FRCP RULE 41 STIPULATION TO VOLUNTARILY DISMISS ENTIRE CASE** |

Plaintiffs and Defendants hereby stipulate to the dismissal of all claims in this action, without prejudice, each side to bear their own fees and costs.

Dated:  June 1, 2021

_____
Fabrice N. Vincent (State Bar No. 160780)
fvincent@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs*

Dated: June 1, 2021

/s/ Michael F. Healy
Michael F. Healy (SBN 95098)
mfhealy@shb.com
SHOOK HARDY & BACON
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415).544-1900
Facsimile: (415) 391-0281

*Attorneys for Defendants*
*ALKERMES, Inc.; ALKERMES, PLC;*
*ALKERMES PHARMA IRELAND Ltd.;*
*ALKERMES CONTROLLED THERAPEUTICS,*
*INC.*