JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| THOMAS MARK STAFFORD AND MARY STAFFORD,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ALKERMES, INC.; ALKERMES PLC; ALKERMES PHARMA IRELAND LTD.; ALKERMES CONTROLLED THERAPEUTICS, INC.; THE CAMDEN CENTER, INC.; and DOES 1 THROUGH 100,<br><br>　　　　Defendants. | Case № 2:20-CV-02472-ODW (GJSx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the parties' Stipulation to Voluntarily Dismiss pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 2, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**